UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER L. BRUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:20-cv-00040 |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | TRIAL BY JURY DEMANDED |
| COMPANY, YELLOW CAB COMPANY ) | AS TO ALL COUNTS |
| OF LOUISVILLE, LLC, PROFESSIONAL ) | |
| TRANSPORTATION, INC., and ) | |
| ANTHONY K. SHIELDS, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff, CHRISTOPHER L. BRUCE, by and through his attorneys, Ryan E. Brennan and the Brennan Law Firm, P.C., and for his Complaint against the Defendants, Norfolk Southern Railway Company, Yellow Cab Company of Louisville, LLC, Professional Transportation, Inc. and Anthony K. Shields, states as follows:

### PARTIES

1. Plaintiff, Christopher L. Bruce, is an individual residing at 3836 Cliff Ave., Louisville, KY.

2. Defendant, Professional Transportation, Inc. ("PTI"), is an Indiana corporation authorized to and doing business within the State of Indiana.

3. Defendant, Norfolk Southern Railway Company ("Norfolk Southern"), is a Virginia corporation authorized to and doing business in the State of Indiana.

4. Defendant, Yellow Cab Company of Louisville, LLC ("Yellow Cab"), is a Kentucky limited liability company authorized and doing business within the State of Indiana.

5. Defendant, Anthony K. Shields ("Shields"), is an individual residing at 159 Harris Dr., Mt. Washington, KY.

## JURISDICTION

6. This Court has jurisdiction over Mr. Bruce's claims pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1367(a) (supplemental jurisdiction).

## COUNT I – VERSUS NORFOLK SOUTHERN RAILWAY COMPANY

7. That at all pertinent times Norfolk Southern owned, managed, maintained and used as a portion of its railroad system railroad tracks located in Evansville, IN.

8. At all pertinent times Norfolk Southern operated a railroad system as a common carrier of freight in and through the various states.

9. This action arises under, and the rights and liabilities of the parties to this cause are governed by the Federal Employers' Liability Act, 45 U.S.C. § 51 *et seq.*

10. On and before April 16, 2018, Plaintiff was an employee of Norfolk Southern.

11. On April 16, 2018, Plaintiff was on duty as a conductor in the course of his employment and was being transported in a Yellow Cab van in Blue River, Harrison County, IN.

12. At all pertinent times Plaintiff was performing work for Norfolk Southern in connection with, or in furtherance of, Norfolk Southern's business of interstate commerce and transportation.

13. In the course of his duties at the time, Plaintiff was required to take transportation contracted by his employer, Norfolk Southern, to a hotel located in Princeton, IN.

14. That on April 16, 2018, Yellow Cab was providing transportation services for Defendant Norfolk Southern's train crews.

15. At all pertinent times Yellow Cab, PTI, and Anthony K. Shields were acting as agents for Defendant Norfolk Southern.

16. As Plaintiff was sitting in the van, the driver, Anthony K. Shields, suddenly and unexpectedly began to travel in reverse direction, and while so doing struck a railroad crossing light post, causing Plaintiff to suffer severe injury to his neck, back and right shoulder.

17. It was the duty of Norfolk Southern, as employer, at that place and time, to use ordinary care in furnishing Plaintiff with a safe place to work.

18. In violation of its duty, Norfolk Southern, through its agents, negligently and carelessly failed to provide the Plaintiff with a safe place to work by one or more of the following negligent acts or omissions committed:

　　a. Failed to keep a proper lookout to avoid a collision;

　　b. Carelessly operating the van transporting Plaintiff;

　　c. Failed to provide reasonably safe transportation to Plaintiff; and

　　d. Carelessly and negligently permitted PTI, Yellow Cab, and Anthony K. Shields to perform the task involved.

19. Norfolk Southern's failure to provide Plaintiff with a safe place to work by one or more of the foregoing negligent acts or omissions caused, in whole or in part, the Plaintiff to suffer injury to his neck, back and right shoulder.

20. As a consequence, Plaintiff incurred injuries which have causes and will continue to cause him great pain, suffering, inconvenience, anguish and disability; as a further result, Plaintiff has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and

related expenses in the future.

WHEREFORE, Plaintiff Christopher L. Bruce, demands judgement in his favor and against the Defendant, Norfolk Southern Railway Company, in a sum in excess of the jurisdictional minimum, plus costs of suit.

### COUNT II – VERSUS YELLOW CAB COMPANY OF LOUISVILLE, LLC

21. Plaintiff repeats and incorporates herein by reference each and every averment contained in paragraphs 1 through 20 above.

22. On April 16, 2018, Yellow Cab Company of Louisville, LLC, was a company doing business as Yellow Cab and was a foreign limited liability company authorized to and doing business within the State of Indiana.

23. That on April 16, 2018, Yellow Cab was providing livery services for the Defendant Norfolk Southern for its train crews in Blue River and Evansville, IN.

24. That on April 16, 2018, Yellow Cab was assigned to transport Plaintiff to his assigned lodging.

25. That on April 16, 2018, Yellow Cab operated its van in a negligent manner at a high rate of speed, while traveling in reverse, striking a railroad crossing light post, causing serious neck, back and right shoulder injuries to the Plaintiff.

26. That at all pertinent times, Yellow Cab was under a duty to exercise ordinary care to avoid placing Plaintiff in danger, to exercise ordinary care for the safety of Plaintiff, and to exercise ordinary care to operate its vehicle so as to ensure the safety of all persons therein.

27. At that date, time and location, Yellow Cab, by and through its agent, was guilty of the following negligent, careless and unlawful acts or omissions:

    a. Carelessly and negligently failed to maintain a proper lookout;

    b. Carelessly and negligently operated its vehicle at a high rate of

      speed while traveling in reverse;

c. Carelessly and negligently failed to keep the van under proper control;

d. Carelessly and negligently operated its vehicle in reverse at a speed which was greater than reasonable and proper so as to endanger the safety of the Plaintiff;

e. Carelessly and negligently failed to decrease speed;

f. Carelessly and negligently operated the vehicle in an unsafe manner and condition;

g. Carelessly and negligently failed to comply with applicable laws concerning the operation of motor vehicles;

h. Carelessly and negligently failed to stop his vehicle before colliding with a visible hazard;

i. Carelessly and negligently failed to warn the Plaintiff;

j. Reckless operation of a motor vehicle; and

k. Such other negligence as may be determined or shown during the pendency of this action.

28. Yellow Cab Company of Louisville, LLC's failure to exercise reasonable care proximately caused the Plaintiff to suffer injury to his neck, back and right shoulder.

29. As a consequence, Plaintiff incurred injuries which have caused and will continue to cause him great pain, suffering, inconvenience, anguish and disability; as a further result, Plaintiff has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and

related expenses in the future.

WHEREFORE, Plaintiff Christopher L. Bruce, demands judgement in his favor and against the Defendant, Yellow Cab Company of Louisville, LLC, in a sum in excess of the jurisdictional minimum, plus costs of suit.

### COUNT III – VERSUS PROFESSIONAL TRANSPORTATION, INC.

30. Plaintiff repeats and incorporates herein by reference each and every averment contained in paragraphs 1 through 29 above.

31. On April 16, 2018, Professional Transportation, Inc., was a company doing business as PTI and was an Indiana corporation, headquartered in Evansville, IN, authorized to and doing business within the State of Indiana.

32. That on April 16, 2018, PTI was providing livery services for the Defendant Norfolk Southern for its train crews in Blue River and Evansville, IN.

33. That on April 16, 2018, PTI subcontracted and/or otherwise designated, authorized or assigned Yellow Cab to transport Plaintiff.

34. That on April 16, 2018, Yellow Cab and Anthony K. Shields were operating as PTI's agents in the transporting of Plaintiff to his assigned lodging.

35. That on April 16, 2018, PTI, through its agents, Yellow Cab and Anthony K. Shields, operated its van in a negligent manner at a high rate of speed, while traveling in reverse, striking a railroad crossing light post, causing serious neck, back and right shoulder injuries to the Plaintiff.

36. That at all pertinent times, PTI and its agents were under a duty to exercise ordinary care to avoid placing Plaintiff in danger, to exercise ordinary care for the safety of Plaintiff, and to exercise ordinary care to operate its vehicle so as to ensure the safety of all persons therein.

37. At that date, time and location, PTI, by and through its agents, Yellow Cab

and Anthony K. Shields, was guilty of the following negligent, careless and unlawful acts or omissions:

    a. Carelessly and negligently failed to maintain a proper lookout;

    b. Carelessly and negligently operated its vehicle at a high rate of speed while traveling in reverse;

    c. Carelessly and negligently failed to keep the van under proper control;

    d. Carelessly and negligently operated its vehicle in reverse at a speed which was greater than reasonable and proper so as to endanger the safety of the Plaintiff;

    e. Carelessly and negligently failed to decrease speed;

    f. Carelessly and negligently operated the vehicle in an unsafe manner and condition;

    g. Carelessly and negligently failed to comply with applicable laws concerning the operation of motor vehicles;

    h. Carelessly and negligently failed to stop his vehicle before colliding with a visible hazard;

    i. Carelessly and negligently failed to warn the Plaintiff;

    j. Reckless operation of a motor vehicle; and

    k. Such other negligence as may be determined or shown during the pendency of this action.

38. Professional Transportation, Inc.'s failure, through its agents, Yellow Cab and Anthony K. Shields, to exercise reasonable care proximately caused the Plaintiff to suffer injury to his neck, back and right shoulder.

39. As a consequence, Plaintiff incurred injuries which have caused and will

continue to cause him great pain, suffering, inconvenience, anguish and disability; as a further result, Plaintiff has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and related expenses in the future.

WHEREFORE, Plaintiff Christopher L. Bruce, demands judgement in his favor and against the Defendant, Professional Transportation, Inc, in a sum in excess of the jurisdictional minimum, plus costs of suit.

### COUNT IV – ANTHONY K. SHIELDS

40. Plaintiff repeats and incorporates herein by reference each and every averment contained in paragraphs 1 through 39 above.

41. On April 16, 2018, Anthony K. Shields was employed by Defendant Yellow Cab as a van driver.

42. That on April 16, 2018, Yellow Cab was providing livery services for the Defendant Norfolk Southern for its train crews in Blue River and Evansville, IN.

43. That on April 16, 2018, PTI subcontracted and/or otherwise designated, authorized or assigned Yellow Cab to transport Plaintiff.

44. That on April 16, 2018, Anthony K. Shields was operating as the agent of Yellow Cab and PTI in the transporting of Plaintiff to his assigned lodging.

45. That on April 16, 2018, Anthony K. Shields operated his van in a negligent manner at a high rate of speed, while traveling in reverse, striking a railroad crossing light post, causing serious neck, back and right shoulder injuries to the Plaintiff.

46. That at all pertinent times, Anthony K. Shields was under a duty to exercise ordinary care to avoid placing Plaintiff in danger, to exercise ordinary care for

the safety of Plaintiff, and to exercise ordinary care to operate its vehicle so as to ensure the safety of all persons therein.

47. At that date, time and location, Anthony K. Shields was guilty of the following negligent, careless and unlawful acts or omissions:

    a. Carelessly and negligently failed to maintain a proper lookout;

    b. Carelessly and negligently operated his vehicle at a high rate of speed while traveling in reverse;

    c. Carelessly and negligently failed to keep the van under proper control;

    d. Carelessly and negligently operated his vehicle in reverse at a speed which was greater than reasonable and proper so as to endanger the safety of the Plaintiff;

    e. Carelessly and negligently failed to decrease speed;

    f. Carelessly and negligently operated his vehicle in an unsafe manner and condition;

    g. Carelessly and negligently failed to comply with applicable laws concerning the operation of motor vehicles;

    h. Carelessly and negligently failed to stop his vehicle before colliding with a visible hazard;

    i. Carelessly and negligently failed to warn the Plaintiff;

    j. Reckless operation of a motor vehicle; and

    k. Such other negligence as may be determined or shown during the pendency of this action.

48. Anthony K. Shields's failure to exercise reasonable care proximately caused the Plaintiff to suffer injury to his neck, back and right shoulder.

49.     As a consequence, Plaintiff incurred injuries which have caused and will continue to cause him great pain, suffering, inconvenience, anguish and disability; as a further result, Plaintiff has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and related expenses in the future.

WHEREFORE, Plaintiff Christopher L. Bruce, demands judgement in his favor and against the Defendant, Anthony K. Shields, in a sum in excess of the jurisdictional minimum, plus costs of suit.

Respectfully submitted,

THE BRENNAN LAW FIRM, P.C.

By: /s/ Ryan Brennan
Ryan Brennan (ARDC# 6257023)
19 Bronze Pointe Blvd.
Belleville, Illinois  62226
Phone: 618/236-2121
Fax:  618/236-1282
ryan@feladlc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER L. BRUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:20-cv-00040 |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, YELLOW CAB COMPANY ) | |
| OF LOUISVILLE, LLC, PROFESSIONAL ) | |
| TRANSPORTATION, INC., and ) | |
| ANTHONY K. SHIELDS, ) | |
| ) | |
| Defendants. ) | |

## **JURY DEMAND**

The Plaintiff, CHRISTOPHER L. BRUCE, by and through his attorneys, the Brennan Law Firm, P.C., hereby demands trial by jury.

                      Respectfully submitted,

                      THE BRENNAN LAW FIRM, P.C.

                      By: /s/ Ryan Brennan
                      Ryan Brennan (ARDC# 6257023)
                      19 Bronze Pointe Blvd.
                      Belleville, Illinois  62226
                      Phone: 618/236-2121
                      Fax:  618/236-1282
                      ryan@feladlc.com

                      Attorneys for Plaintiff