UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER L. BRUCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:20-CV-00040-RLY-MPB |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, YELLOW CAB COMPANY OF LOUISVILLE, LLC, PROFESSIONAL TRANSPORTATION, INC. and ANTHONY K. SHIELDS, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY | ) |
| Cross-Claim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| YELLOW CAB COMPANY OF LOUISVILLE, LLC, and ANTHONY K. SHIELDS, | ) |
| | ) |
| Cross-Claim Defendants. | ) |

**DEFENDANTS NORFOLK SOUTHERN RAILWAY COMPANY AND PROFESSIONAL TRANSPORTATION, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FINAL WITNESS AND EXHIBIT LISTS**

Come now Defendants, Norfolk Southern Railway Company and Professional Transportation, Inc., by counsel, FINE & HATFIELD, A Professional Corporation, and move the Court to extend the deadline for Parties to file and serve their Final Witness and Exhibit Lists from August 24, 2021 to September 24, 2021. In support of their Motion, these Defendants state, as follows:

1

1. On June 3, 2020, the Court entered the parties' Case Management Plan. (dkt #35).

2. On January 19, 2021 the Defendant, Norfolk Southern Railway Company, filed a Motion to Extend Case Management Plan and Mediation Deadlines (dkt #66).

3. On January 20, 2021 the Court entered an Order (dkt #67) extending the original deadlines, with the deadline for final witness and exhibit lists being:

> f. All parties shall file and serve their final witness and exhibit lists on or before **August 24, 2021;**

4. Defendants' Norfolk Southern Railway Company and Professional Transportation, Inc. on July 22, 2021 filed an unopposed motion to extend the deadline for Defendants' Expert Witness Disclosures to September 23, 2021 (dkt#85).

5. On August 2, 2021 the Court entered an Order (dkt #86) extending the deadline for Defendants' Expert Witness Disclosures to September 23, 2021.

6. No trial date has been set in this case.

7. Professional Transportation, Inc. has resumed representation of Norfolk Southern Railway Company's defense in this matter.

8. On June 29, 2021 John Kreighbaum, Esq. and Danny E. Glass, Esq. filed their Appearances on behalf of Norfolk Southern Railway Company and Professional Transportation, Inc.

9. Lowell T. Woods Jr., Esq. and Jennifer D. Brumby, Esq. subsequently filed their Motion for Leave to Withdraw Appearance on behalf of Professional Transportation, Inc. on July 9, 2021 (dkt. #82) with the Court subsequently granting their motion and their appearance was withdrawn on July 12, 2021 (dkt#84).

10. Defense counsel have recently learned from Plaintiff's expert disclosures that Plaintiff has undergone shoulder surgery. Those disclosures were the first notice that Plaintiff had shoulder surgery.

11. Defendants, Professional Transportation, Inc. and Norfolk Southern Railway Company, submit that in light of these developments, shortly before the Defendants' expert witness deadline and the final witness and exhibit lists deadline, that they will need time to gather records and imaging relating to Plaintiff's alleged shoulder injury and possibly consult with expert(s) to opine on the alleged shoulder injury as well as obtaining documents referenced in the authorizations they have provided to Plaintiff for signature.

12. These Defendants request an extension of the deadline for filing Final Witness and Exhibit Lists for all parties from August 24, 2021 to September 24, 2021.

13. No trial date has been set and no party will be unfairly prejudiced by extending the Final Witness and Exhibit Lists deadline in this case to September 24, 2021 and this matter will not be unduly delayed.

14. These Defendants have conferred with Plaintiff's counsel who advised that Plaintiff does not object to the extension of the Final Witness and Exhibit Lists deadline requested in the instant motion.

15. These Defendants have conferred with counsel for Defendants, Yellow Cab Company of Louisville, LLC and Anthony K. Shields, who advised that they do not object to the extension of the Final Witness and Exhibit Lists deadline to September 24, 2021.

WHEREFORE, for the foregoing reasons, Norfolk Southern Railway Company and Professional Transportation, Inc., respectfully request that the Court grant an extension of the deadline for the parties to file their Final Witness and Exhibit Lists to September 24, 2021.

Respectfully submitted,

       *s/ John J. Kreighbaum*
       John J. Kreighbaum       #18039-49
       Danny E. Glass       #7156-82
       Members with the law firm of:
       FINE & HATFIELD, A Professional Corporation
       520 N.W. Second Street
       P.O. Box 779
       Evansville, Indiana 47705-0779
       Email: jjk@fine-hatfield.com; deg@fine-hatfield.com
       Telephone: (812) 425-3592
       Facsimile: (812) 421-4269

       Attorneys for Defendant
       Professional Transportation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2021 a copy of the foregoing *Defendants Norfolk Southern Railway Company and Professional Transportation, Inc.'s Unopposed Motion to Extend Deadline for Final Witness and Exhibit Lists* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       *s/ John J. Kreighbaum*
       John J. Kreighbaum       #18039-49
       A Member with the law firm of:
       FINE & HATFIELD, A Professional Corporation
       520 N.W. Second Street
       P.O. Box 779
       Evansville, Indiana 47705-0779
       Email: jjk@fine-hatfield.com

Telephone: (812) 425-3592
Facsimile: (812) 421-4269

FINE & HATFIELD
*A Professional Corporation*
520 N.W. Second Street
P.O. Box 779
Evansville, Indiana 47705-0779

Telephone: (812) 425-3592
Facsimile: (812) 421-4269

FINE & HATFIELD
*A Professional Corporation*
520 N.W. Second Street
P.O. Box 779
Evansville, Indiana 47705-0779